**Ignacio Solis PEREZ, Plaintiff–
Appellant,**

v.

**Larry G. MASSANARI, Acting Commissioner of Social Security Administration, Defendant–Appellee.**

No. 00–15448.

D.C. No. CV–99–00379–RGS.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 12, 2001 *.

Decided Oct. 31, 2001.

Before POLITZ,** W. FLETCHER,
and FISHER, Circuit Judges.

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

** Honorable Henry A. Politz, Senior Circuit
Judge for the Fifth Circuit, sitting by designa-
tion.

MEMORANDUM ***

Ignacio Solis–Perez ("Perez") was in-
jured on March 24, 1994 after he fell over
a fence carrying a feed bag on his back.
After medication, a brief rest, physical
therapy, and epidural steroid injections
failed to provide relief, Perez filed claims
for Disability Insurance Benefits and Sup-
plemental Security Income Benefits. Af-
ter the Social Security Administration
("SSA") denied Perez's application for ben-
efits and request for reconsideration, Per-
ez requested a hearing. The Administra-
tive Law Judge ("ALJ") ruled that Perez
was not "disabled" within the meaning of
the law after finding that there were a
significant number of jobs that Perez had
the residual functional capacity to perform.
The SSA Appeals Council denied Perez's
request for review.

Perez then filed a complaint in the Dis-
trict of Arizona. Perez moved for sum-
mary judgment, and the SSA responded
with a motion to remand the case for
further administrative proceedings. The
district court denied Perez's motion and
granted the SSA motion for remand, or-
dering "further clarification of the finding
regarding residual functional capacity."

Perez and the SSA agree that the ALJ's
decision was not supported by substantial
evidence, but they disagree about the ap-
propriate remedy. Perez argues that re-
mand is inappropriate because sufficient
evidence exists in the record to allow an
immediate award of benefits. The SSA
contends that the district court properly
remanded Perez's case to allow the correc-
tion of the ALJ's errors. We believe that
the district court acted properly in re-

manding; this is not a case "where further administrative proceedings would serve no useful purpose." *Smolen v. Chater,* 80 F.3d 1273, 1292 (9th Cir.1996). We therefore affirm.

AFFIRMED.

* The Honorable John M. Roll, United States District Judge for the District of Arizona, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.